UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00228-MO |
| v. | INFORMATION |
| KEANDRE DSHAWN LAMARCUS BROWN, | 21 U.S.C. § 848(e)(1)(A) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**Intentional Killing While Engaged in Drug Trafficking**
**21 U.S.C. § 848 (e)(1)(A)**

On or about September 5, 2016, in the District of Oregon, defendant, **KEANDRE DSHAWN LAMARCUS BROWN,** while engaging in an offense punishable under 21 U.S.C. § 841(b)(1)(A), Distribution and Possession with Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, intentionally killed and counseled, commanded, induced, procured, and caused the intentional killing of an individual, P.G., and such killing resulted.

/ / / /

/ / / /

/ / / /

/ / / /

Information                                                                                                    Page 1

In violation of Title 21, United States Code, Section 848(e)(1)(A).

Dated: July 11, 2023                    Respectfully submitted,

                                        NATALIE K. WIGHT
                                        United States Attorney

                                        */s/ Thomas H. Edmonds*
                                        THOMAS H. EDMONDS, OSB #902555
                                        LEWIS S. BURKHART, OSB #082781
                                        Assistant United States Attorneys

**Information**                                                    **Page 2**